

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Martin Handler, et al.*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

  Pursuant to the Court's order at this afternoon's conference, the Government writes to notify the Court and defense counsel that earlier today a magistrate judge issued a search warrant authorizing the Government to search electronically stored data on cellphones seized incident to certain of the defendants' arrests.

  The Government will furnish defense counsel with a copy of the Government's application for the search warrant obtained earlier today, and the search warrant itself, as part of its initial Rule 16 production.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By: /s/
            Mary E. Bracewell / Daniel H. Wolf
            Assistant United States Attorneys
            (212) 637-2218 / 2337

cc: Counsel of Record (*by ECF*)