

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>*United States v. Martin Handler, et al*</u>, 23 Cr. 004 (JHR)

Dear Judge Rearden:

  Attached please find a proposed Protective Order on consent for your Honor's consideration.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         By: /s/_____
           Mary E. Bracewell / Daniel H. Wolf
           Assistant United States Attorneys
           (212) 637-2218 / 2337

cc: All Counsel of Record