

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 15, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

   **Re:** *United States v. Handler, et al. (Ben Werczberger)*, 23-cr-004 (JHR)

Dear Judge Rearden:

  We represent defendant Ben Werczberger in the above-referenced case. We write to respectfully request modification of Mr. Werczberger's conditions of release to permit him to travel to the District of South Carolina where he maintains a warehouse for his business unrelated to the Indictment. We have consulted with Pretrial Services (Officer Jackson) who has no objection to this request, and counsel for the government (AUSA Wolf) who defers to Pretrial Services.

              Respectfully Submitted,

              MEISTER SEELIG & FEIN PLLC

                /s/ IH

              Henry E. Mazurek
              Ilana Haramati

              *Counsel for Defendant Ben Werczberger*

cc:  Counsel of Record (*via ECF*)

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com