

Ilana Haramati
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 15, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *United States v. Handler, et al. (Ben Werczberger)*, 23-cr-004 (JHR)

Dear Judge Rearden:

We represent defendant Ben Werczberger in the above-referenced case. We write to respectfully request modification of Mr. Werczberger's conditions of release to permit him to travel to the District of South Carolina where he maintains a warehouse for his business unrelated to the Indictment. We have consulted with Pretrial Services (Officer Jackson) who has no objection to this request, and counsel for the government (AUSA Wolf) who defers to Pretrial Services.

The unopposed application is GRANTED. Defendant Werczberger's conditions of bail are hereby modified to permit travel to the District of South Carolina for work purposes. Mr. Werczberger shall provide his Pretrial Services Officer with his itinerary prior to any such travel. All other conditions of bail shall remain in effect.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

_____/s/ IH_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Ben Werczberger*

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: June 16, 2023

cc:   Counsel of Record (*via ECF*)

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com