

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Martin Handler, et al.*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

    The Government writes, pursuant to the Court's October 30, 2023, scheduling order (ECF No. 162 (the "Scheduling Order")), to request that the time between January 9, 2024, and July 10, 2024, be excluded under the Speedy Trial Act. Such an exclusion would serve the interests of justice by allowing the defendants to review discovery, prepare pretrial motions, and prepare for trial, and by allowing the parties to discuss potential pretrial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A). All defendants who are subject to the Scheduling Order have consented to this exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/ _____
    Jacob Fiddelman
    Catherine Ghosh
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-1024 / 1114 / 2337

cc: All Counsel of Record