



March 18, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

*Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 236.  SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: March 19, 2024*

      Re:    *United States v. Handler, et al. (Ben Werczberger)*, 23-cr-004 (JHR)

Dear Judge Rearden:

      We represent defendant Ben Werczberger in the above-referenced case.  We write to respectfully request a two-week adjournment of the pretrial motions deadlines as follows:

- Defendants' Pretrial Motions: April 2, 2024
- Government's Responses: April 16, 2024
- Defendants' Replies: April 26, 2024

This additional time is necessary to accommodate ongoing discussions between the parties that may result in resolution of this case short of trial.

      We have consulted with counsel for the other defendants, who consent to this request. We have also consulted with counsel for the government, who do not object to the request.

                              Respectfully Submitted,

                              MEISTER SEELIG & FEIN PLLC

                              _____/s/ IH_____

                              Henry E. Mazurek
                              Ilana Haramati

                              *Counsel for Defendant Ben Werczberger*

cc:      Counsel of Record (*via ECF*)