

Ilana Haramati
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

March 31, 2024

**Application GRANTED.**

**The Clerk of Court is directed to terminate ECF No. 244.**

**SO ORDERED.**

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: April 1, 2024

<u>**VIA ECF**</u>

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *United States v. Handler, et al. (Ben Werczberger)*, 23-cr-004 (JHR)

Dear Judge Rearden:

We represent defendant Ben Werczberger in the above-referenced case.  We write to respectfully request a two-week adjournment of the pretrial motions deadlines as follows:

- Defendants' Pretrial Motions: April 9, 2024
- Government's Responses: April 23, 2024
- Defendants' Replies: May 3, 2024

This additional time is necessary to accommodate ongoing discussions between the parties that may result in resolution of this case short of trial.

We have consulted with counsel for the other remaining co-defendant as well as counsel for the government, who consent to this request.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

_____/s/ IH_____

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Ben Werczberger*

cc:   Counsel of Record (*via ECF*)