UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

BEN WERCZBERGER,

                                      Defendant.

23 Cr. 00004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Ben Werczberger may wish to enter a change of plea.  Accordingly, on **April 18, 2024 at 2:15 p.m.**, a plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  April 13, 2024
        New York, New York

JENNIFER H. REARDEN
United States District Judge