# Exhibit A

(Agent-1 Body-Worn-Camera Video)