

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 26, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Arie Rangott*, S2 23 Cr. 004 (JHR)

Dear Judge Rearden:

    Pursuant the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests the search warrant affidavit attached as Exhibit B to the Government's Opposition to the Defendant's Motion to Suppress be filed under seal to protect the interests of third parties who are referenced in the affidavit and have not been charged in this case. *See, e.g.*, *In re Search Warrant*, No. 16 Misc. 464 (PKC), 2016 WL 7339113, at *4 (S.D.N.Y. Dec. 19, 2016) ("[A] person whose conduct is the subject of a criminal investigation but is not charged with a crime should not have his or her reputation sullied by the mere circumstance of an investigation."). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with Exhibit B.

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney for
                                             the Southern District of New York

                By:       */s/*
                      Jacob R. Fiddelman
                      Stephanie Simon
                      Daniel H. Wolf
                      Assistant United States Attorneys
                      (212) 637-1024 / 2581 / 2337

cc:  Counsel of Record (via ECF)