



*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 25, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Application GRANTED. Defendant Werczberger's bail conditions are modified to include travel to the District of Maryland for purposes of visiting his brother-in-law.

The Clerk of Court is directed to terminate ECF No. 351.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: June 25, 2024

Re: *United States v. Ben Werczberger*, 23-cr-004 (JHR)

Dear Judge Rearden:

    We represent defendant Ben Werczberger in the above-referenced case. We write to respectfully request modification of Mr. Werczberger's conditions of release to permit him to travel to the District of Maryland where his ill brother in law lives. This modification is requested so that Mr. Werczberger can routinely visit his brother in law who is hospitalized periodically. We have consulted with Pretrial Services (Officer Jackson) who takes no position to this request, and counsel for the government (AUSA Wolf) who has no objection.

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

_/s/ IH_

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Ben Werczberger*

cc: Counsel of Record (*via ECF*)