# Exhibit A - Redacted

Case 1:23-cr-00004-JHR    Document 456-1    Filed 08/27/24    Page 1 of 3

**Ben Werczberger**



Hon. Jennifer H. Rearden
500 Pearl St.
Courtroom 12B
New York, NY 10007

8/22/2024

Dear Judge Rearden,

I come before you a humbled man. Never in my life before did I imagine I would be caught up in the criminal justice system. Yet, here I am, and I have no one to blame but myself.

I've spent a lot of time in the last almost two years since my arrest thinking – how I could have committed the crime that brought me here before Your Honor awaiting sentencing? When I sit alone, I am overwhelmed by pain and sadness knowing what I've put my family through because of the mistakes and bad decisions I've made.

Your Honor, I am blessed with a wonderful and big family. I have 3 children, 15 grandchildren, and 17 great-grandchildren. My primary purpose in life, and my pride and joy in this world is being there for them. I want to make sure that they know that they can always count on me. Every day I try to lessen my family's worries, and help my children and grandchildren deal with the bumps in the road. Just last week, my daughter and granddaughter were involved in a serious car accident. Thankfully they were unharmed, but the accident was an exceptionally scary experience and when my daughter called me from the scene, I immediately jumped into my car and rushed over to be there for my baby girl. I got there at the same time as the police, and stayed with my daughter until she was cleared to leave by medical and emergency personnel. Even though she is 45 years old, I could not imagine leaving her to deal with the aftermath of a terrible accident alone. That is what a father is for, even for an adult child.

The last thing I want is to have my children and grandchildren worry about me. How can I be the rock of the family when I have put them through so much heartache in the last almost two years since my arrest. Every time I speak to them, I hear in their voices and see in their eyes that they're afraid of what is going to happen to me. We can't be together without my children and grandchildren feeling stress over the uncertainty of my fate. Knowing that my actions caused my family such heartache is just unbearable for me.

And what's worse yet is that I failed as a role model for my family. For the first time in my life, I am terribly ashamed of myself. Judge, I am 72 years old. And I have worked so hard every day of my entire life trying to build something to support my family, and that my family could be proud of. As a young man I worked multiple jobs. And for the last 30 years, I've invested every day into building the company I founded into the successful business it is. I took pride in my accomplishments, and so did my family. I can't feel the same way anymore. Now, my credit is shot, I had to give up my business, and everyone in our close-knit community knows about crime. When I go for prayers at my synagogue, I can't hold my head up high like I used to.

And neither can my family. We all see how people whisper when any of us walk into a room. I ruined not just my reputation, but the whole family's. I can no longer say that I hope my children and grandchildren follow in my footsteps. That is devastating

I know that my crime deserves serious consequences. But I can't bear thinking about the toll my awful decisions have taken on my whole family and myself. I ask only for an opportunity to make it up to my wonderful family.

Respectfully,

*Ben Werczberger*
Ben Werczberger