

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

October 15, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re:    *United States v. Handler, et al. (Ben Werczberger)*, 23-cr-004 (JHR)

Dear Judge Rearden:

    We represent defendant Ben Werczberger in the above-referenced case. Mr. Werczberger was sentenced by this Court on September 10, 2024, principally to time served, two years of supervised release, and three months of home detention. He currently is on supervised release, and is being supervised by the Probation Office in the Eastern District of New York.

    We respectfully request the Court to allow Mr. Werzberger to travel to Lakewood, New Jersey over the Sukkot religious holiday from October 16-20, 2024. The Sukkot holiday is an important one in the religious calendar for members of the Jewish faith. Also known as the Feast of Tabernacles or Feast of Booths, it is widely considered as one of the top three religious holidays in the Jewish tradition. During this holiday, Jewish people build little huts in their backyards, terraces, or balconies. It is traditional to eat, and for some, to sleep in a Sukkah for seven days. This holiday is both an agricultural festival of thanksgiving and a commemoration of the forty-year period during which the Israelites wandered in the desert after leaving slavery in Egypt, living in temporary shelters as they traveled. Mr. Werczberger respectfully seeks to spend this holiday at his daughter's house in Lakewood, New Jersey, where they have constructed a Sukkah for the family to carry out their religious obligations. Mr. Werczberger was unable to construct a Sukkah in his own home in Brooklyn because he recently underwent knee replacement surgery and is still rehabilitating from that procedure.

    We have conferred with both Mr. Werczberger's supervising Probation Officer in the Eastern District of New York and the government, by Assistant United States Attorney Catherine Ghosh, and both offices consent to this request.

      Mr. Werczberger will provide the details of his requested stay in Lakewood, New Jersey to his probation officer, including all relevant contact information for his daughter at the home. Also, he will continue to be monitored electronically during this time.

Respectfully yours,

MEISTER SEELIG & FEIN LLP

/s/ HEM
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Ben Werczberger*

cc:    Counsel of Record (*via ECF*)

Application GRANTED. Defendant Werczberger's conditions of supervised release are hereby modified to permit travel to New Jersey from October 16 to October 20, 2024. All other conditions of supervised release shall remain in effect.

SO ORDERED.

*[signature: Jennifer H. Rearden]*
Jennifer H. Rearden, U.S.D.J.
Dates: October 15, 2024